THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACOB'S LANDING ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; NATIONAL SURETY CORPORATION, an Illinois Corporation; THE AMERICAN INSURANCE COMPANY, an Ohio Corporation; AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:23-cv-00903-LK<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**CLERK'S ACTION REQUIRED**<br><br>**NOTE ON MOTION CALENDAR: MARCH 21, 2024** |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims against Fireman's Fund Insurance Company, National Surety Corporation, The American Insurance Company, and American Automobile Insurance Company should be DISMISSED without prejudice and without costs to any party. As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which Plaintiff dismisses without prejudice and without costs, the Plaintiff asks that this case be closed.

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, STE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

DATED: March 21, 2024

| MCNAUL, EBEL, NAWROT & HELGREN, PLLC | STEIN, SUDWEEKS & STEIN, PLLC |
|---|---|
| By: /s/*Curis Isacke*<br>Curtis Isacke, WSBA No. 49303<br>600 University St., Ste 2700<br>Seattle, WA 98101<br>Phone: (206) 467-1816<br>Email: cisacke@mcnaul.com<br><br>Attorneys for Defendants Fireman's Fund Insurance Company, National Surety Corporation, The American Insurance Company, and American Automobile Insurance Company | By: /s/*Cortney Feniello*<br>Jerry Stein, WSBA No. 27721<br>Justin Sudweeks, WSBA No. 28755<br>Daniel Stein, WSBA No. 48739<br>Cortney Feniello, WSBA No. 57352<br>16400 Southcenter Parkway, Suite 410<br>Tukwila, Washington 98188<br>Phone: (206) 388-0660<br>Email: jerry@condodefects.com<br>Email: justin@condodefects.com<br>Email: dstein@condodefects.com<br>Email: cfeniello@condodefects.com<br><br>Attorneys for Plaintiff |

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the claims against Fireman's Fund Insurance Company, National Surety Corporation, The American Insurance Company, American Automobile Insurance Company, and Doe Insurance Companies 1-10 should be DISMISSED without prejudice and without costs to any party and this case is closed. The Clerk is directed to send copies of this Order to all counsel of record. IT IS SO ORDERED.

DATED this _____ day of March, 2024.

_____
HONORABLE LAUREN KING

Presented by:

STEIN, SUDWEEKS & STEIN, PLLC

*/s/Cortney Feniello*
Jerry Stein, WSBA No. 27721
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington 98188
(206) 388-0660
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: cfeniello@condodefects.com
**Attorneys for Plaintiff**

**MCNAUL, EBEL, NAWROT & HELGREN, PLLC**

By: /s/*Curtis Isacke*
Curtis Isacke, WSBA No. 49303
600 University St., Ste 2700
Seattle, WA 98101
Phone: 206-467-1816
Email: cisacke@mcnaul.com

*Attorneys for Defendants*
*Defendants Fireman's Fund Insurance Company, National Surety Corporation, The American Insurance Company, and American Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorney for Defendants Fireman's Fund Insurance Company, National Surety Corporation, The American Insurance Company, and American Automobile Insurance Company:</u>
Curtis C. Isacke
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University St., Ste 2700
Seattle, WA 98101
Phone: (206) 467-1816
Email: cisacke@mcnaul.com

☐ via US Mail
☐ via Legal Messenger
☐ via Email
☒ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 21st day of March, 2024, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660